"Hey Gonzo" Stated Tom Im glad you still alive & Fookin Off, That your head hasn't been A civilian Not from the USA from Mexico

My name is Humberto Elizondo Machado # 220890 # 636-58-____
H#045151842 To the Chairman of the Disciplinary Board I am representing myself a Stating everything I say is True, to right hand to the man above, pleading No contest, To the insident that happened on C2B,, First starting with why who when were, the day I came to BCJ in ALAB I felt the racial tension the minute I walked in not realizing I know much more and is very aware of whats happening, I don't assuming nothing thats ain't facts, "Dumbfoundry boy" evil + racial tension and homo-sexuality misery loves company and him not no ones company I don't start nothing nor a person that is rasist I treat everyone equally and don't favor no one, Whats right is right and for whats wrong is wrong, My belief system is very different then other people, I know what to say and take responsibility for the aftermath, I was in #146 late Fryh wreck, around 1:30am because I was a Friday. A dude name Mitch Tall skinny had a cover by the rail in front of my door, Then all of Sudden this Big Black dude nick name Duval or Rueca gold teeth from Temple, a stic patisent came inside and start hitting my celly Firme Perez, several times in the face mouth nose, while styping down took him to the back of the cell, continued hitting him I told him to stop what was his problem, He stated he would do me the same, I shut the door afterwards, realizing that more then 2 people wanted to come in pressed the bottom in need of tsewstents. They come and handcuffed me, Blam_____ one for his injuries Right now In the system it shows him the one blammed for this insident I know Firme from the world right his family is on top of this situation as we speak" Im have papers "Immigration Law States.

States: If you assulted, harassed," Extorted, by a citizen of the United States, filing the correct paper work what makes you a Resident of the United States," Since paper work and Sume paper work is being filed" in the behalf of Pedero Calabrón Perez a Victim of Extorsion, and Assult. causing Injuries, fractures, and Mental and Emosional distress, and the lack of medical attention. Paper "trail." I was forced to leave the dorm A1A6, due to racival tension, and dorm I went to CICI cause I have do not knowing who all in there, I have been placed in certain dorms on purpose, I'am a victum of Hate Crime, Cowger lies all paper work by the way Charles poner." Out of Austin Tx, family as well + medical Records, ® Big Black Loud the dorms Bully that lived in C1A3 #4#5 atugunnizing me caussing + saying the word "Wetback" Several times forcing me, speaking not with no respect but trying to see a reaction from me" I don't take nothing personally imm not trying get in no trouble, not a person that starts problems like I said, off of despite hatand + jeolousy, knowin what I do Artsta and a Barber, He then started he want to fight me when the doors opined Up at breakfest, I said ya I got no tripping ya ya ya I gots of course, im not stupid for one I am not going to get slatther like the other people I know that have done the same way. I am sleeping right they send a metotally Ill crash dummies that lives on 1 cell, #4 "Big boy whats tell on cell 3 I am tired ass hell I lay back down then then his cerly Roberto Puijn " States my brother wants you in the cell wanting you on I me knowing nothing is one one one in ACJ, ok I got you I got, lay back down, my cell gets back staying run firing to go to sleep, Tommy" He leaves, I then realize

(3)

Its more to what I see "Iam not no ones entertainment for me and won't not be, I push the button Ask to talk to Guard Martenez a very good friend of mine in the world, he comes and tells me, I see whats going on Beto iam not let nothing happen to you bro as long as iam here" God bless Martenez, # witness One thing is knowing and another thing is not knowing the aftermath very krushale world with no love no sumpathy so thats why iam going about this the right and legal way with a Civil lawyer I am reemy and still in fear of my life, Because, of the pattern of how things are going still to this point, I am very aware, of whats really going on around me, Iam not the one, the guards sts and others etc are use the inmates as Chess pieces to pin point certain people "Hate Crime," theres 4 guards, I told this to they are listening to me and are on my side too. Then they moved (2B6) "This is the turning point right here I was assigned to that cell "Jordan" told me "not to" in there not wanted me to go in there so I go back down, racial tension automatically Jordan is the person I assulted on August 3, 2023, I found out he was trying to extort me and have other people to Go against as Help to knock me off. Me being who iam a person of wisdom and knowledge I then knew either its me or him at the end of the day, I felt in fear of my life he would always act funny around me and would always walk inside my cell I dont disrespect no one to deserve this nor be asking or looking for Problem I Got a baby girl to take care of, and my family to take care of I don't Sale drugs, steal, Rape Rob I work for a living got a Business to attent to I dont deserve to be here Camera # 80, show: what happened why I was in fear of my life," #2 either its me or them I dont

wanna end up killing no one and spending my life in a cell or in Prison I got Goals I got Moral principals, I got neice and nuefews that look up to Me as a role model Good positive people Leila Tejada, Gubaniur Tejada preacher at the church Iglesia de Cristo, Jessica Solis, Arcturo Pacheco, Alex Pacheco my Girl Charles Popper, anna Longa, Cate Gonzalez, Martenez Kat Cissenoros, Ashely Wible, Been denied mental Health more then 4 times asking for help, and Medical attention, God sees all that we do in Life day in and day out, then after that they put me in A2B7 ─────── ─────── with none of my property still dont have nothing all my personal information I dont have, # address to were I live they have not know who has it now? Its more like they trying to get at my love ones people that mean something to me, I am going to be treated like an animal, now iam here in Seperation first in D in the middle of 2 crazy indivaits one thats Sucidedual and a person that eats and throughs firs all over the walls, dogs get treat better than this Iam Suffering/ why Because of their action no water/ to drink/No Shower, New to them flooding the cell, I am not going to break not Mentally not physically Spirually God has Me cc/ So in A2B7 they told me you the one that just got here I said ya cell 3 wants to talk to you ok I opened the door and said whats up, another person said gin inside I said no iam good, I realized then, Iam been getting set the fucking tim I been here in BCJ placed in certain position to get my head knocked off like STG Gonzo Stated, Iam truly aware, of whats going on iam here face 2 face in from of the disiplinary board.

(5) I went down to cell 3 to fight one on one locked the door behind me the guards open it got jumped by 3 people + stabed to state my behalf, and the truth to all that I been going thro the minute I came to BCJ still havn't Got my personal belongs, hygiene / commissary, victum to Hate Crime Extorstion, mentail, physeally + Emotionall abuse, and disrespected spiritally. Now my religion doesn't have nothing to do with nothing to do with all this Now it's a critcal issue. I'm now willing to except my punishment, if I am in the wrong for putting a stop to this pattern of ... + want Justice and to ... Go back to My Babbies, thank you for listening to me have a Great day God bless you, The Truth Shall Set us Free!!!

[signature]

"Injures: Cut on the lefted side of my eye stabed on my leg and my jaw hurts

[thumbprint]

October 22, 2023 Sunday

7:20 am just right now I wake up to hear she and know the mental Health lady is here she said "213", the Count literally tells her no one is in there, turns her around, Ms. ~~~~~ Masia older lady with glasses, disrespectful most non-understandable person I ever meet. I talked to the mental Health lady, Firday telling her face to face that they moved Jane to 213 from 214 so there wasn't no misunderstanding about nothing, I told her I'll be writing some paper I am sending you, you the will be receiving as well. I had to bang on the door for almost above 7 to 5 minutes to even hear back from some one I know she heard me screaming from the top of my lungs, "mental Health Lady" I need to speak to you nothing yet no one is in "213" mmm nan I am ready not having none of this. It's all right God see everything we going thro.

November 1, Went to dentist and they took 2 teeth out and told me, they were going to give me medicine for my pain, nothing.

Nov 2 Still with no medical treatment for my pain and thats after they took 2 teeth out going on November 3 and still nothing

3

He Told me He hasnt seen nooo sick cuns on my name lol they got shit fucked up and backwards in here, really I am reminded of patients; Going through I am this Because, "I took the Taser from my face when the Police Tased me me, what they wanted me to Courthose getting tased" No I am not so ready on this a a real fucked up Game they playing with me, from the 19th to the to the 21st a trial of lies they be feeling me come on lol I am not the person to Be doing wrong to, God see everything we do in life and behar this people doing is fucked up; they want me to Break and Become Someone I am not so I am here watching patiently to see whats to come; Next move is to probably Break everything in this Cell and every were I go It seems thats how things get done around here; everyone I know that set fires and broken shit in Cells have got into Cells with TV's and Hot pots. If they aint put me back 2 my Original housing Unit 224 "I wanna do my remainder time in Isolation I am not good with people and how they Act, live, Be with no type or Respect or self value, an I want a real honesty answer 2 why I am still back here, thats all. And still I don't have one it's going to Be the 23rd of October. Imean still nobody I want answers I want to be treated equally + with the same Respect I Give,!. Sincerely Humberto Chander R

2

Breaks the lights showers floods his cell power goes out I'm with no light + water due to his actions they moved him fixed the cell moved him back in and the same thing put 2 back. For the past 7 days this people's have been trying to fuck with my mind mentally to see a reaction from and to do what other people new crush on to dig a deeper hole, I am not going to break lol by the way, "Your disiplinary ends on the 17th, no its the 19th, 19th comes we don't know, It's now Oct, 23, 2023 Lol what you mean yall don't know, Yesterday I tied my bed sheet to the phone and had to make sau the officer come to my cell trigged to Isolation cell door tied the sheet to my stole and was banging the door with the metal phone on padding wheels "Ifo a tough as phone no lie & It still works lol by the way, JUST to GO DOWN STAIRS, and to figure something out, classification and who ever else is behind on this are really wrong why because they giving me false hope with motion and lying to me dead in my face and say nothing "O ya it stuck off, then said I They at the 1st of November I been in Isolation more the 15 days now is another week for what shit aint making sence really I need to speek to yull to person right or just spoke to medical

To: Bobby + Lexus + Megan
Oct. 22. 2005 From - Humberto Elizealdo Pacheco

713

Dear Bobby, Buzania + Lexus + Megan, still here in Separation it been Since the 17th of October that they told me I was suppose to Be released from here a week later nothing and still nothing going on 2 weeks put 3 sick calls, and have spoken 2-3 nurses about it I am really in Pain from being tazed by TPO and busting down, still nothing. I went to Heath coming to see once weekly so I am tell her all this No, it hurts 2 sleep, Eat, Drink, cold water, my nerve is 15 making my nasal cavity thromb, a also on my Forehead 2 days ago I was eating and the right back wisdom tooth Broke, and now has a Big hole smh now its my left and Right side that hurts, hers she needed your, so on the 15th of October they took me out of 214 and put me in 209 with a inmate Jerry Baker, he tried to grab me my hands thorp the Bars, the officers knowing Me and him have problems and real heal issues and other and to why he is here. No, Bradford a Corporal told me I was going to do my last 48 hours of Isolation and disciplinary time in there, 17th came still in Isolation; on that same night this Black dude asked me why I dont come out the cell I told him Its none of your concern" He then through a full cup of hot coffee on my face + all over my drawings, clothes, Bed + cell, I swear 2 Gooddd, only he knows, I Swallowed my pride I cant win all my fights + Battles so I told the officers to put me back in 214 its Oct. 17 going on the 18th, the guy next to

why because everything they were telling me was a dum lie and also because I am not going to be in no dum cell, when shit water coming out the toilet because my neyghor in 214 wanna be flushing his sheet down the drain,

## BELL COUNTY LAW ENFORCEMENT CENTER
## NOTICE OF DISCIPLINARY HEARING AND CHARGES

**INMATE: PACHECO, HUMBER BK #: 2023-00005827 JK #: 220890**     **LOCATION: 213**

You are hereby informed and given notice that you are charged with committing the act of:
   16. **Impeding the security of housing unit**
   20. **Tampering**

This violation alleged to have occurred on **10/21/2023** reported in writing by Officer **Franklin**

The nature of the specific allegation is as follows:
   <u>On the above date you were observed tying the isolation phone to your desk stool using your sheet in an attempt to break the phone. This also stopped officers from entering your cell. This was a violation of Bell County Rules and Regulations and will not be tolerated in this facility.</u>

A hearing will be held by a three-member disciplinary panel. You will have the opportunity to present evidence and testimony on your behalf. Witnesses must be requested within twenty-four hours of this notice on the form attached to this notice. Witnesses may be limited by the board to those with personal knowledge of the alleged infraction.

You have the right to be present throughout the duration of this hearing, except instances in which it is deemed that facility security may be compromised. Upon completion of the hearing, the board will deliberate in private and render a decision as to guilt and punishment, if applicable.

If you need assistance in understanding this notice, or desire lay representation, you should write to the Disciplinary Board Chairman on the attached form.

If you wish to plead guilty to this violation, and waive the hearing prescribed by this notice, you may write the Disciplinary Board Chairman on the attached form. Punishment for the violation, if any, will then be handled by a Jail Lieutenant upon acceptance of your guilty plea.

Should you be found guilty of any infraction, punishment can be assessed that will result in 1) a loss of privileges, 2) loss of good conduct time, 3) removal from work status, 4) assignment of extra work, 5) isolation, 6) the filing of criminal charges or 7) deduction of money from your account, equal to the replacement cost of a destroyed item, when applicable.

Upon completion of any proceedings, you have the right to appeal to the Jail Administrator or his/her designee within three days.

A hearing will be held no sooner than twenty-four hours from the time you are served with this notice.

By signing this notice, you are <u>not admitting to guilt</u>:

Inmate Signature: _____ Date: _____ Time: _____

Officer Serving notice: _____ Date: _____ Time: _____
(Print first and last name)

Witnessing Officer: _____ Date: _____ Time: _____
(Print first and last name)

Served Witness Sheet: _____ Date: _____ Time: _____
(Print first and last name)

**BCJA19**

This is Michael Pacheco, I need a copy of my claim 6650 because I'm doing a In forma Pauperis App and word to my attorney that Cops and Bell Co-Staff seriously Hurt me by Ignoring me. Please send back papers confirming my new court action case and a In forma Pauperis App. Thank You very much — *Humberto Elizondo Pacheco*



Maria Pacheco
Sister
* Maria Pacheco *
3409 Levy Lane
Killeen Texas 76542
* Lamberto Elizondo
Pacheco
254-291-1691
Venisia Guevara
719-207-6267
girl friend

Case 6:23-cv-00751-ADA   Document 1   Filed 11/07/23   Page 14 of 18

FILED
November 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
            DEPUTY

Mauricio Trinidad
Pacheco    Plaintiff
    vs

In the United States District Court
For the Western District of Texas

Sheriff Dana Filth
Officer Benjamin Spears
        Defendants

Civil Action No# _____

6:23-cv-00751

I. Jurisdiction and Venue

1. This is a court action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color color of state law of rights secured by the constitution of the United States, the court has jurisdiction under 28. U.S.C. Section 1331, & 1343 (a)(3). Plaintiff Pacheco seeks declaratory relief pursuant to 28 U.S.C Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Western District of Texas is an appropriate venue under 28.U.S. Section (391(b)(2) because it is where the events giving rise to this claim occurred.

II. PLAINTIFFS

3. Plaintiff Pacheco is and was at all times mentioned here in a individual of the State of Texas city of Temple and Bell County officer. He is currently confined in Bell County Jail in Belton, Texas

III. Defendants

5. Defendant Dana Filth is sheriff of Bell County, she governs over the Jail and is my pro se Attorney Douglas M. Guffey's wife and she will help us to proceed to the discovery and help get medical Records for our exhibits

6. Defendant Spears is the Cop in Temple Texas who at all times mentioned in this complaint held the rank of Cop and was assigned to Temple P.D



## IV: FACTS

7. At all times Plaintiff Humberto Elizondo Pacheco was at his Apartment at 2409 S. 13th Street Brick Apartments in Temple and the Bell County Jail

8. Me and my brother Arturo Pacheco were fighting dew to family issues and the Police were then called by a Female, I was in my Kitchen cooking Both us some fajitas, to get sober, from the korner of my eye I seen some one coming inside the apartment when I turned around they shot me in the Face with the Taser, Bit down on my tongue and my teeth got messed up and had a very bad Jaw pain, fist reaction was taking them out, realizing then I ran to the restroom, I was in the fear of my life they shocked me in the Back I then realized it was the police, I surrender, the cuffed me then they started punching me in the Back of the Head several times opening a Big Cut on my right side of my Head, Blood everywhere in the Apartment, they had to take me to scott and white for my injuries. Medical Records show I'm not lying!!

9. It now 10/30/2023 and I finally got the out the Infirmary with my Pro Se attorney, Doug McGaughey Because he knows how to file everything in the right manner, But they have ignored Plaintiff Pachecos medical assistance and mental Health for more then 18 days, he will need to see dental Attendent for now his wisdom tooth, they have already seen his attornal for the room he want no tush



left top teeth 30,000 is a fair amount for 4 months wrongful arrest and free world dencestoy.

## V. LEGAL CLAIMS

10. Defendant spears used excessive use of force against Plaintiff Pacheco when his taser went off he wasn't Gonna rush him or anything.

11. Bell Co Jail ignored his sick calls for more the 18 days and left him suffering in pain while medicly neglecting him

12. Plaintiff Humberto Elizondo Pacheco has no plain adequate or complete remedy at law to redress the wrongs described Here in. Plaintiff Pacheco will and countive be Be mistreated and have injuries given by deadly Police Conduct Please grant the declaratory which he seeks

## VI
Prayer for relief: wherefore Plaintiff prays the court enters Judgment

13. they dropped this nonsense and pay 30,000 for the pain and
14. suffering unnessarsary time and freeworld dental plan
15. Plaintiff also seeks recover of His infourmapaupers payment + any additional relief this court deems just proper and equitable

Dated: October 31, 2023

Wherefore, Plaintiff respectfully prays that this court enters Judgement: 22. That they let Plaintiff Pacheco Go Home this November & pay him 30,000 for all the law Broken and for dental

Respectfully submitted, Humberto E. Pacheco
113 West Central
Belton, Tx 76513

Respectfully submitted, Doug McG
113 West central
Belton, Tx 76513

VERIFICATION
I verify this is all true & correct!
Executed at Belton, Tx on 10/31/23

X /s/ Humberto Pacheco
Humberto E. Pacheco  Plaintiff

X /s/ Douglas McGuffey
Douglas McGuffey  Pro Se Atty

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513
Name Humberto Elizondo Pacheco
Housing Unit 301  # 220890

RECEIVED

NOV 06 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

7670131936

US POSTAGE — PITNEY BOWES
ZIP 76513  $000.87
02 4W
0000390608 NOV 03 2023

Waco District Court
800 Franklin Ave
Waco, Texas 76701
Rm: 380